## PORCHETTA v. OHIO.

No. 863.   Decided May 19, 1958.

*Henry Lavine* for appellant.

*John T. Corrigan* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## NEW YORK TRAP ROCK CORP. v. TOWN OF CLARKSTOWN, NEW YORK, ET AL.

No. 867.   Decided May 19, 1958.

*John F. Lane* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.